ACCEPTED
04-15-00223-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/1/2015 9:34:30 AM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00223-CR

| | | |
|---|---|---|
| CARLOS FAZ, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
| Appellee | | |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/01/2015 9:34:30 AM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, CARLOS FAZ, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

Appellant's brief is due to be filed on October 2, 2015. Counsel for Appellant requires an extension of time to complete and file Appellant's brief in this cause. This is Appellant's third request for extension of time, but Appellant's second request for extension of time since the appellate record was filed in its entirety.

II.

Counsel for Appellant has worked diligently on the brief since receiving the record, but has been unable to complete it for the following reasons:

1. During preparation of Appellant's brief, counsel discovered State's

Exhibits 1 - 6, which were offered by the State, and admitted by the trial court, during the motion for new trial hearing held June 18, 2015, are missing from the appellate record. Counsel will file a motion to supplement the appellate record simultaneously with the filing of this motion for extension.

2. Counsel for Appellant appeared for numerous, previously set, pretrial and trial settings in the county and district criminal courts of Bexar County, Texas.

3. Counsel for Appellant was also involved in assisting with the research and preparation of several appellate and post-conviction matters pending in Harris County, Texas.

4. Undersigned counsel for Appellant also got married on September 26, 2015, in South Padre Island, Texas, so counsel's office was closed from September 22, 2015 until September 25, 2015.

### III.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's brief, and to allow for supplementation of the appellate record. Appellant moves this Court for an order granting an extension of thirty (30) days, or until November 2, 2015, for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court

for an order granting an extension of thirty (30) days for Appellant to submit the brief in this case.

Respectfully submitted,

*/s/ Daniel De La Garza*
DANIEL DE LA GARZA
TBA No. 24077965
1800 McCullough
San Antonio, Texas 78212
Telephone:  (210) 263-1146
Facsimile:  (210) 855-6274
Email: Daniel.DeLaGarza@me.com

COUNSEL FOR APPELLANT,
CARLOS FAZ

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 394 words.

*/s/ Daniel De La Garza*
Daniel De La Garza

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered to the Bexar County District Attorney's Office via email/hand delivery on this the 1nd day of October, 2015.

*/s/ Daniel De La Garza*
Daniel De La Garza

CAUSE NO. 04-15-00223-CR

| CARLOS FAZ, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
| Appellee | | |

## **ORDER**

On this the _____ day of _____, 2015, came on to be heard the Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in Cause No. 04-15-00223-CR is extended to, _____, 2015.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 2015.

_____

JUDGE PRESIDING